■ HEWITT v POLEO. [668 NYS2d 91] —Motion No. 7214 granted to the extent of clarifying this Court's order entered on September 23, 1997 (242 AD2d 981) to indicate that the application for costs or sanctions is denied; cross-motion No. 7225 for reargument denied. Concur—Rosenberger, J. P., Wallach, Mazzarelli, Andrias and Colabella, JJ.

■ In the Matter of BARRY C. SCHECK, an Attorney. [668 NYS2d 92] —Motion granted, and the certified copy of the order of Public Reproval of the State Bar Court of the State Bar of California, entered in the State Bar Court Clerk's Office, Los Angeles, on July 8, 1997 is deemed filed with this Court the date hereof. No opinion. Concur—Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.

■ In the Matter of EDWARD H. HELLER, a Disbarred Attorney. [668 NYS2d 92] —Motion by petitioner for an order granting reargument, and upon reargument, reinstating him as an attorney and counselor-at-law in the State of New York, denied. No opinion. Concur—Murphy, P. J., Ellerin, Nardelli, Mazzarelli and Colabella, JJ.